*E-Filed 9/15/10*

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: (415) 436-7296
   Fax:  (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 10-0453 RS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JOSEPH RUIZ, | |
| Defendant. | |

     On September 7, 2010, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties requested, and the Court agreed, to continue this matter for a hearing on review of bail and further setting on September 15, 2010.   The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

     The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed

STIP. AND [PROP.] ORD. EXCL. TIME UNDER S.T.A.
U.S. v. RUIZ; CR 10-453 RS

1  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

6  DATED: September 7, 2010               /s/
                              BENJAMIN P. TOLKOFF
                              Assistant United States Attorney

9  DATED: September 7, 2010               /s/
                              JEFFREY BORNSTEIN
                              Attorney for JOSEPH RUIZ

11      For the reasons stated above, the Court finds that the continuation of this matter from September 7 to September 15, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

18  SO ORDERED.

20  DATED: 9/15/10
                              HONORABLE RICHARD SEEBORG
                              United States District Judge