Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Mikal J. Condon (SBN 11415)
mikal.condon@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant JOSEPH RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH RUIZ,<br><br>　　　　　Defendant. | Case No. 10-CR-00453-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS/SETTING CONFERENCE**<br><br>Date:　December 14, 2010<br>Time:　2:30 p.m.<br>Judge:　Hon. Richard Seeborg |

　　　It is hereby stipulated subject to the Court's confirming Order that the Status/Setting Conference currently scheduled for December 14, 2010 shall be continued one week to December 21, 2010 at 2:30 p.m. Counsel for the government and for the defense request the additional time so that they may continue discussions about resolving the case.

　　　At the hearing on December 21, 2010, the parties agree that they will either be prepared to proceed with a resolution or be ready to set the matter for trial.

////

////

////

////

////

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS/SETTING
CONFERENCE; CASE NO. 10-CR-00453-RS

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | K&L GATES LLP |
| 4 | Dated: December 9, 2010 | By: */s/ Jeffrey L. Bornstein* |
| 5 | | Jeffrey L. Bornstein |
| 6 | | Mikal J. Condon<br>Attorneys for Defendant JOSEPH RUIZ |
| 7 | | UNITED STATES ATTORNEY'S OFFICE |
| 9 | Dated: December 9, 2010 | By: */s/ William Frentzen* |
| 10 | | William Frentzen |
| 11 | | Attorneys for Plaintiff UNITED STATES OF AMERICA |

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS/SETTING CONFERENCE** has been obtained from signatory William Frentzen, in compliance with General Order 45, X.B.

K&L GATES LLP

Dated: December 9, 2010           By:      */s/ Jeffrey L. Bornstein*
                                                      Jeffrey L. Bornstein
                                                      Mikal J. Condon
                                                      Attorneys for Defendant JOSEPH RUIZ

# [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status/Setting Conference currently scheduled for December 14, 2010 shall be continued to December 21, 2010 at 2:30 p.m.

THE COURT FURTHER FINDS that the time between December 14, 2010 and December 21, 2010 shall be excluded under the Speedy Trial Act for further preparation of counsel and in light of the continued discussions between the government and defense counsel regarding the further handling of this matter.

IT IS SO ORDERED.

Dated: 12/9/10

By: *[signature]*
Honorable Richard Seeborg
United States District Court Judge

SF-228469 v1 0904476-00001